Form G-4

Case 15-38267    Doc 31-3    Filed 12/09/19    Entered 12/09/19 12:00:36    Desc
Statement Accompanying Relief From Stay    Page 1 of 1

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:  Debtor(s)  Doris M. Tipton                          Case No. 15-38267     Chapter 13

All Cases:  Moving Creditor  BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES 1 TRUST      Date Case Filed 11/10/15

Nature of Relief Sought:    ■ Lift Stay    ☐ Annul Stay    ■ Other (describe) Dismissal

Chapter 13:  Date of Confirmation Hearing _____  or Date Plan Confirmed  03/11/2016

Chapter 7:  ☐ No-Asset Report Filed on _____
            ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 11/1/19    $289,267.66
   Total of all other Liens against Collateral   $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $350,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months  0    Amount  $1,677.55

   b. ☐ Post-Petition Default
      i.  ☐ On direct payments to the moving creditor
          Number of months _____    Amount  $0.00

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount _____

6. Other Allegations
   a. ■ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid    Amount $_____
      iii. ☐ Rapidly depreciating asset
      iv.  ■ Other (describe)  $2,675.00 owed to Movant for advanced flood insurance

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date: December 9, 2019                                    /s/ Joel P. Fonferko
(Rev. 12/21/09)                                           Counsel for Movant